UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY MITCHELL,

    Plaintiff,

v.                                    Case No. 3:08-cv-911-J-HTS

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #18; Petition), filed on June 26, 2009. It is represented Defendant "has no objection to the amount sought[.]" Petition at 2.

The Petition asks the Court to award $2096.25 in attorney fees pursuant to the Equal Access to Justice Act. *See* Petition at 1, 3. Counsel expended 13 hours in representing Plaintiff before the Court in 2008 (1.5 hours) and 2009 (11.5 hours). *See id*. at 3; Itemization of Time, attached to the Petition as Exhibit One, at 5. An hourly rate, adjusted for inflation, of $161.25 is sought for attorney fees. *See* Petition at 3; *cf*. 28 U.S.C. § 2412(d)(2)(A) (permitting adjustment for increase in cost of living).

Additionally, costs in the amount of $350.00, incurred in filing the complaint, are requested. Petition at 4.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, it is determined his attorney may reasonably be awarded $2,096.25 in fees and $350.00 in costs.

Accordingly, the Petition (Doc. #18) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,096.25 and $350.00 in costs.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of June, 2009.

/s/            Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of record and
    pro se parties, if any